Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
McCade Wing, Esq.
Nevada Bar No. 16652
Hayley J. Cummings, Esq.
Nevada State Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113.4770
Telephone:   702.862.7709
Facsimile:    702.862.8150
wkrincek@littler.com
edthomas@littler.com
asclark@littler.com
mwing@littler.com
hcummings@littler.com

Attorneys for Defendants
CITY OF HENDERSON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE COCHRAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada; and DOES-1-15, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00523-GMN-MDC<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

Plaintiff KATHERINE COCHRAN and Defendant CITY OF HENDERSON hereby stipulate and agree that this case be remanded to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-935394-C.

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

The Parties further stipulate and agree that the Motion to Remand (ECF No. 11) be denied as moot in light of the foregoing.

Dated: March 30, 2026

LJU LAW FIRM

/s/ James D. Urrutia
James D. Urrutia, Esq.

Attorney for Plaintiff
KATHERINE COCHRAN

Dated: March 30, 2026

LITTLER MENDELSON, P.C.

/s/ McCade Wing
Wendy M. Krincek, Esq.
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.
McCade Wing, Esq.
Hayley J. Cummings, Esq.

Attorneys for Defendant
CITY OF HENDERSON

**IT IS HEREBY ORDERED** that the Stipulation to Remand, (ECF No. 12), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Remand, (ECF No. 11), is **DENIED** as moot.

The Clerk of Court is kindly directed to close this case.

**DATED** this __6__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2